UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ROSE SAJJABI**

    **V.**                        **CIVIL ACTION NO. 04-11881-RGS**

**THOMAS RIDGE, SECRETARY OF U. S.**
**DEPARTMENT OF HOMELAND SECURITY**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                       **SEPTEMBER 7, 2005**

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR WANT OF PROSECUTION, PURSUANT TO LOCAL RULE 41.1

SO ORDERED.

                                          **RICHARD G. STEARNS**
                                          **UNITED STATES DISTRICT JUDGE**

                **BY:**

                                      /s/ Mary   H. Johnson
                                         Deputy Clerk